UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-81363-CIV-DMM

MICHELANGELO CALLAZO

    Plaintiff,

v.

SD BANGLADESH CORPORATION and
5400 N. DIXIE, INC.

    Defendants.
_____/



## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court upon Plaintiff Michelangelo Callazo's Motion to Approve Consent Decree and to Dismiss With Prejudice ("Motion") (DE 15) filed on January 18, 2012. Plaintiff states that this matter has been resolved in accordance with the Consent Decree (DE 15-1) and asks this Court to review, approve and ratify the settlement. (DE 15 at 1-2). Having reviewed the matter, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion (DE 15) is GRANTED. The Consent Decree is **RATIFIED, ADOPTED, and APPROVED** in its entirety and shall be enforced according to its terms. This case is DISMISSED WITH PREJUDICE, with each party to bear their own attorney's fees and costs unless otherwise provided by the Consent Decree. All pending motions are denied as moot. The Clerk shall CLOSE THIS CASE but the Court retains jurisdiction to enforce the terms of the Consent Decree.

**DONE AND ORDERED** in Chambers at Palm Beach, Florida this 2 day of February, 2012.

                                                  DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of record